IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERMAN HERNANDEZ,<br>Plaintiff,<br>v.<br>REPUBLIC SERVICES INC., *et al.*<br>Defendants. | CASE NO. 1:26-cv-05963-JLT-EPG<br><br>ORDER GRANTING STIPULATION FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND ALLOWING DEFENDANTS TWENTY DAYS FROM THIS ORDER TO FILE A RESPONSIVE PLEADING<br><br>(ECF No. 9) |

On August 5, 2026, the parties filed a joint stipulation to extend the time for Defendants to file a responsive pleading to allow Plaintiff to file a first amended complaint. (ECF No. 9). The stipulation provides:

> IT IS HEREBY STIPULATED, by Plaintiff GERMAN HERNANDEZ's ("Plaintiff") and Defendants REPUBLIC SERVICES, INC. ("RSI") and ALLIED WASTE SERVICES OF NORTH AMERICA, LLC, (RSI and AWS, collectively "Defendants"), by and through their respective counsel of record in the above-captioned action, as follows:
>
> WHEREAS, On or about June 18, 2025, Plaintiff German Hernandez ("Plaintiff") filed a Complaint entitled German Hernandez v. Republic Services, Inc.; Allied Waste Services of North America, LLC; and DOES 1 through 20, inclusive, Case No. 26CU01620, in the Superior Court of California, County of Fresno. Plaintiff's Complaint alleges: (1) discrimination in violation of California's Fair Employment and Housing Act ("FEHA"); (2) failure to prevent discrimination in violation of FEHA; (3) retaliation in violation of FEHA; (4) harassment in violation of FEHA; (5) failure to prevent harassment in violation of FEHA; (6) violation of Labor Code § 98.6; (7) violation of Labor Code § 1102.5; (8) violation of Labor Code §§ 233 and 246.5; (9) failure to engage in a good faith interactive process; (10) failure to provide reasonable accommodation; (11) wrongful termination in violation of public policy; and (12) violation of the California Family Rights Act.

> WHEREAS, on or about June 29, 2026, Plaintiff served the Summons, Complaint, and Civil Case Cover Sheet on CT Corporation System, Allied Waste Services of North America, LLC's ("Allied") agent for service of process. Plaintiff served Republic Services, Inc. on June 30, 2026 through CT Corporation System.
>
> WHEREAS, as of the date of this Stipulation, no other parties have been named or served with the Summons and Complaint in this action.
>
> WHEREAS, on August 4, 2026, counsel for the Parties, Mr. Freiman and Mr. Maler, telephonically met and conferred about Defendants' intention to bring a Motion to Dismiss Plaintiff's Complaint under Rule 12(b)(6), and Mr. Freiman agreed to file a First Amended Complaint to address the deficiencies raised in the meet and confer conference.
>
> WHEREAS, to avoid having to file and utilize the Court's docket to resolve the issue by filing a Motion to Dismiss, the Parties desire to extend Defendants' responsive pleading deadline to ensure that Plaintiff may address these issues and file a First Amended Complaint.
>
> WHEREAS, the Parties agree that neither Party will be prejudiced by continuing Defendants' responsive pleading deadline until 21 days from the date of this Stipulation to afford Plaintiff time to file a First Amended Complaint;
>
> WHEREAS, neither Party has previously requested to continue Defendants' responsive pleading deadline.
>
> THEREFORE, in the interests of judicial economy and efficiency, THE PARTIES HEREBY STIPULATE AND AGREE, subject to the Court's approval, Defendants' responsive pleading deadline is continued 21 days after the date of this Stipulation to allow Plaintiff's counsel to file a First Amended Complaint, and that Plaintiff should be given leave to file a First Amended Complaint, to the extent such leave is necessary.

(*Id.*).

In light of the parties' stipulation the Court shall extend the deadline for Defendants to file a responsive pleading to August 26, 2026 in order to provide Plaintiff time to file a first amended complaint, to the extent such leave is necessary.

IT IS SO ORDERED.

Dated: **August 5, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE