UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERMAN HERNANDEZ,<br>Plaintiff,<br>v.<br>REPUBLIC SERVICES, INC., *et al.*,<br>Defendants. | Case No. 1:26-cv-05963-JLT-EPG<br><br>ORDER GRANTING STIPULATION FOR LEAVE FOR CROSS-COMPLAINANT ALLIED WASTE SERVICES OF NORTH AMERICA, LLC TO FILE FIRST AMENDED CROSS-COMPLAINT<br><br>(ECF No. 19) |

On October 27, 2026, the parties filed a joint stipulation for leave for Cross-Complainant Allied Waste Services of North America, LLC to file a first amended cross-complaint. (ECF No. 19).

Upon consideration, and good cause appearing, the Court shall GRANT the stipulation and orders that Cross-Complainant Allied Waste Services of North America, LLC shall file a first amended cross-complaint on or before November 9, 2026.

IT IS SO ORDERED.

Dated: **October 28, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE