UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERMAN HERNANDEZ,<br>Plaintiff,<br>v.<br>REPUBLIC SERVICES, INC., *et al.*,<br>Defendants. | Case No. 1:26-cv-05963-JLT-EPG<br><br>ORDER GRANTING STIPULATION TO EXTEND PLAINTIFF GERMAN HERNANDEZ'S TIME TO RESPOND TO THE FIRST AMENDED COUNTERCLAIM<br><br>(ECF No. 22) |

On November 20, 2026, the parties filed a joint stipulation to extend Plaintiff German Hernandez's time to respond to the first amended counterclaim until December 14, 2026. (ECF No. 22).

Upon consideration, and good cause appearing, the Court shall GRANT the stipulation and orders that Plaintiff German Hernandez's response to the first amended counterclaim is due no later than December 14, 2026.

IT IS SO ORDERED.

Dated: **November 23, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE